# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-725
Lower Tribunal No. 17-CF-014779

_____

OSCAR PIERRE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Bruce Kyle, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and MIZE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Mark J. O'Brien, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED